FILED 8-27-01 ENTERED
LODGED           RECEIVED

AUG 2 3 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEI ZHANG,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN GEM SEAFOODS, et al.,<br><br>        Defendants. | NO. C99-1441Z<br><br>**VERDICT FORM** |

WE, THE JURY, make the following answers to the questions submitted by the Court.

### Question No. 1

Do you find for plaintiff Wei Zhang with respect to his first claim for hostile work environment based on race or national origin under federal and state law as to the defendants?

<u>Answer</u>

| | | |
|---|---|---|
| MCMI Food Company/<br>American Gem Seafoods | Yes _____ | No __X__ |
| Harry Lees | Yes _____ | No __X__ |

VERDICT - 1

223

    If you answer Question 1 "yes" as to any defendant, answer Question 2 as to that defendant or defendants.

    If you answer Question 1 "no" as to all defendants, proceed to Question 3.

Question No. 2

What total amount of damages, if any, do you award Plaintiff on his first claim? You must apportion the damages you award among the defendants you find responsible.

Answer

TOTAL Amount of Damages   $ _____

Apportionment of TOTAL Damages among Defendants

MCMI Food Company/          $ _____
   American Gem Seafoods

Harry Lees                  $ _____


Question No. 3

Do you find for plaintiff Wei Zhang with respect to his second claim for race and national origin discrimination in violation of federal law as to the defendants?

Answer

MCMI Food Company/          Yes  X          No  _____
   American Gem Seafoods

Harry Lees                  Yes  _____     No  X

VERDICT - 2

Question No. 4

Do you find for plaintiff Wei Zhang with respect to his third claim for race and national origin discrimination in violation of state law as to the defendants?

Answer

| | | |
|---|---|---|
| MCMI Food Company/ American Gem Seafoods | Yes _____ | No __X__ |
| Harry Lees | Yes _____ | No __X__ |

Question No. 5

Do you find for plaintiff Wei Zhang with respect to his fourth claim for retaliatory discharge based on federal law as to the defendants?

Answer

| | | |
|---|---|---|
| MCMI Food Company/ American Gem Seafoods | Yes _____ | No __X__ |
| Harry Lees | Yes _____ | No __X__ |

Question No. 6

Do you find for plaintiff Wei Zhang with respect to his fifth claim for retaliatory discharge based on state law as to the defendants?

VERDICT - 3

Answer

MCMI Food Company/     Yes _____     No  ✗
    American Gem Seafoods

Harry Lees     Yes _____     No  ✗

If your answer to question 3, 4, 5, or 6 is "yes," answer Question 7.

If your answer to these questions is "no," do not answer Question 7.

Question 7

What amount of total damages, if any, do you award Plaintiff on claims 2, 3, 4, or 5? You must apportion the damages you award among the defendants you find responsible.

Answer

TOTAL Amount of Damages   $ 360,000

Apportionment of Total Damages among Defendants

MCMI Food Company/     $ 360,000
    American Gem Seafoods

Harry Lees     $ 0

If you answered "yes" to questions 1, 3 or 5 and find a violation of federal law as to any defendant, answer Question 8 as to that defendant or defendants.

If you answered "no" to questions 1, 3 or 5, proceed to Question 10.

VERDICT - 4

### Question No. 8

Was a defendant's conduct malicious or a reckless disregard of plaintiff's rights?

Answer

MCMI Food Company/         Yes  X         No _____
   American Gem Seafoods

**If you answer Question 8 "yes," answer Question 9.**

**If you answer Question 8 "no," proceed to Question 10.**

### Question No. 9

What total amount of punitive damages, if any, do you award the Plaintiff?

Answer

MCMI Food Company/         $ 2,600,000
   American Gem Seafoods

### Question No. 10

Do you find for plaintiff Wei Zhang with respect to his sixth claim for breach of Plaintiff's written employment contract?

Answer

American Gem Seafoods    Yes  X    No _____
Harry Lees               Yes  X    No _____

**If you answered "yes" to Question 10 as to plaintiff's breach of contract claim, answer questions 11, 12 and 13.**

**If you answered "no" to Question 10, date and sign the verdict form.**

VERDICT - 5

Question No. 11

What total amount of lost wages or benefits through September 29, 1999, if any, do you award Plaintiff on his sixth claim for Breach of Contract?

Answer

TOTAL Amount of Damages  $ _86,000_

**If you awarded Plaintiff any lost wages or benefits on his sixth claim for Breach of Contract answer questions 12 and 13.**

Question No. 12

Do you find that any wages or benefits were wilfully withheld with intent to deprive plaintiff of wages or benefits required by the contract?

Answer

| | | |
|---|---|---|
| American Gem Seafoods | Yes _X_ | No ____ |
| Harry Lees | Yes _X_ | No ____ |

**If you answered Question 12 "yes" as to any defendant, please answer Question 13.**

**If you answered Question 12 "no," date and sign the verdict form.**

VERDICT - 6

1  Question No. 13

2  What amount of wages or benefits were wilfully withheld
3  during the period from the date of termination until September 29,
4  1999?

6  Answer                $ 87,500

13  DATED: 23 August 2001    PRESIDING JUROR: _____

28  VERDICT - 7